UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL MONETARY SYSTEMS, LTD., ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 3:09-CV-00080 (DJS) |
| v. ) ) | |
| BARTER BUSINESS UNLIMITED, LLC, DEBORAH LOMBARDI, HEATHER LOMBARDI, and LISA BOUDREAU, ) ) ) ) ) ) | |
| Defendants. ) | December 10, 2009 |

## PLAINTIFF'S ASSENTED-TO MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

International Monetary Systems, Ltd., by its undersigned counsel, hereby moves the Court pursuant to Local Rule 83.1(d) to permit Attorneys RUSSELL BECK and STEPHEN D. RIDEN of the law firm Foley & Lardner LLP to appear as counsel *pro hac vice* for Plaintiff in the above-captioned case.

In accordance with Local Rule 83.1(d), the undersigned states the following:

1. The undersigned is a member in good standing of this Bar.

2. Russell Beck and Stephen D. Riden are attorneys at the law firm of Foley & Lardner LLP, with an office address of 111 Huntington Ave., Boston, MA 02199, and a telephone number of (617) 342-4000.

3. Attorney Beck is a member in good standing of the bars of the Commonwealth of Massachusetts, State of New York, and State of New Hampshire. He is also

ME1 9384497v.1

admitted to appear before the U.S. Court of Appeals for the First, Fourth, and Fifth Circuits; U.S. District Court, District of Massachusetts; U.S. District Court, District of New Hampshire; U.S. District Court, Eastern District of New York; and the U.S. District Court, Southern District of New York.

4. Attorney Beck has not been denied admission or disciplined by this Court or any other court.

5. Attorney Riden is a member in good standing of the bar of the Commonwealth of Massachusetts. He is also admitted to appear before the U.S. Court of Appeals for the First Circuit and U.S. District Court, District of Massachusetts.

6. Attorney Riden has not been denied admission or disciplined by this Court or any other court.

7. The undersigned counsel, Robert J. Gallo, Special Counsel at McCarter & English, with an office address of CityPlace I, Hartford, Connecticut 06103, will participate in this action and provide a local office as required by Local Rule 83.1(c).

8. Attorneys Beck and Riden will be of valuable assistance to the Plaintiff throughout the duration of this litigation.

9. Defendants' counsel, Attorney Mario G. Ceste, has been contacted and indicated that he assents to this Motion.

10. The payment of a fee of Fifty Dollars ($50.00) to the Clerk, United States District Court, has been made to cover the fee set forth in Local Rule 83.1(d)(2).

WHEREFORE, International Monetary Systems, Ltd., moves that Attorneys Russell Beck and Stephen D. Riden be permitted to appear as counsel *pro hac vice* for the Plaintiff in the above-captioned matter.

ME1 9384497v.1

THE PLAINTIFF
INTERNATIONAL MONETARY
SYSTEMS, LTD.

BY MCCARTER & ENGLISH
ITS ATTORNEYS

By *[signature]*
Robert J. Gallo (CT 19982)
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Permit Counsel to Appear Pro Hac Vice has been sent via certified mail, return receipt requested, postage prepaid, this 10th day of December, 2009 to:

>Mario G. Ceste
>Law Offices of Mario G. Ceste LLC
>P.O. Box 82
>Wallingford, CT 06492

>*Robert Mallo*
>Robert J. Gallo

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL MONETARY SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BARTER BUSINESS UNLIMITED, LLC, DEBORAH LOMBARDI, HEATHER LOMBARDI, and LISA BOUDREAU, <br><br> Defendants. | CIVIL ACTION NO. 3:09-CV-00080 (DJS) <br><br><br><br><br><br><br><br><br><br> December 10, 2009 |

## **AFFIDAVIT OF STEPHEN D. RIDEN**

COMMONWEALTH OF MASSACHUSETTS  )
                                )ss.
SUFFOLK COUNTY                  )

Stephen D. Riden, of full age, being duly sworn according to law states as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP. I make this affidavit in support of Plaintiff's motion for my admission *pro hac vice*.

2. I work at Foley & Lardner LLP's offices located at 111 Huntington Ave., Boston, MA 02199. My office telephone number is (617) 342-4000, the office facsimile number is (617) 342-4001, and my email address is sriden@foley.com.

3. I have been admitted to practice law in Commonwealth of Massachusetts. I am also admitted to appear before the U.S. Court of Appeals for the First Circuit and U.S. District Court, District of Massachusetts.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. I have not been denied admission by the United States District Court for the District of Connecticut or any other Court.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

8. I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

_____
Stephen D. Riden

Subscribed and sworn to before me
this 9th day of December 2009.

_____
Notary Public

My commission expires: April 26, 2013

BOST_1385427.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL MONETARY SYSTEMS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARTER BUSINESS UNLIMITED, LLC, )<br>DEBORAH LOMBARDI, )<br>HEATHER LOMBARDI, and )<br>LISA BOUDREAU, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:09-CV-00080 (DJS)<br><br><br><br><br><br><br><br><br><br>December 10, 2009 |

**AFFIDAVIT OF RUSSELL BECK**

COMMONWEALTH OF MASSACHUSETTS )
                                )ss.
SUFFOLK COUNTY                  )

Russell Beck, of full age, being duly sworn according to law states as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP. I make this affidavit in support of Plaintiff's motion for my admission *pro hac vice*.

2. I work at Foley & Lardner LLP's offices located at 111 Huntington Ave., Boston, MA 02199. My office telephone number is (617) 342-4000, the office facsimile number is (617) 342-4001, and my email address is rbeck@foley.com.

3. I have been admitted to practice law in the Commonwealth of Massachusetts, State of New York, and State of New Hampshire. I have also been admitted to appear before the U.S. Court of Appeals for the First, Fourth, and Fifth Circuits; U.S. District Court, District of Massachusetts; U.S. District Court, District of New Hampshire; U.S. District Court, Eastern District of New York; and the U.S. District Court, Southern District of New York.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. I have not been denied admission by the United States District Court for the District of Connecticut or any other Court.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

8. I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

_____
Russell Beck

Subscribed and sworn to before me
this 9th day of December 2009.

_____
Notary Public

My commission expires: 9/28/12

ANNA E. FREEDMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 28, 2012

2

BOST_1385424.1