UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERNATIONAL MONETARY
SYSTEMS, LTD.,

       Plaintiff,                CASE NO.: 3:09-CV-00080(DJS)

vs.

BARTER BUSINESS                DATED: JANUARY 11, 2010
  UNLIMITED, LLC,
DEBORAH LOMBARDI,
HEATHER LOMBARDI,
And LISA BOUDREAU,

       Defendants.

_____/

**JOINT MOTION FOR EXTENSION OF TIME**

The Plaintiff, International Monetary Systems, Ltd., and the Defendants, Barter Business Unlimited, LLC, Deborah Lombardi, Lisa Boudreau, and Heather Lombardi (hereinafter "Defendants"), by and through their attorneys, hereby request for good cause a Sixty (60) Day extension of time to the dates for the Joint Trial Memorandum, Dispositive Motions and Trial Ready List as set forth on the scheduling order dated May 8, 2009.

A settlement conference was held on January 5, 2010 before Magistrate Judge Smith. Pursuant to that conference, settlement discussions are continuing. Magistrate Smith has ordered a settlement conference for March 11, 2010. The extension of time will allow the parties to focus their efforts on activities directed towards achieving settlement during the upcoming March conference date.

1

**PLAINTIFF,**
**INTERNATIONAL MONETARY SYSTEMS, LTD.**

By its attorneys,

/s/ Stephen D. Riden
Russell Beck, admitted *pro hac vice*
    Federal Bar No. ct22960
    *rbeck@foley.com*
Stephen D. Riden, admitted *pro hac vice*
    Federal Bar No. phv03749
    *sriden@foley.com*
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000 Telephone
(617) 342-4001 Facsimile

**DEFENDANTS,**
**BARTER BUSINESS UNLIMITED, LLC**
**DEBORAH LOMBARDI**
**HEATHER LOMBARDI**
**LISA BOUDREAU**

/mario g ceste/

By: _____
    Mario G. Ceste ct#24859
    Law Offices of Mario G. Ceste
    P.O. Box 82
    Wallingford, CT 06492
    Phone: (203) 678-6418
    Fax: (801) 761-3314
    mgcpls@usa.net

2

## CERTIFICATE OF SERVICE

      I herby certify that on January 8, 2010, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

THE DEFENDANTS

/s mario g ceste/
_____

Mario G. Ceste, Esq.
Fed. Bar No. : CT24859
Law Offices of Mario G. Ceste
P.O. Box 82
Wallingford, CT 06492
Tel: 203-678-6418
Fax: 801-761-3314
Email: mgcpls@usa.net